FOURTH DEPARTMENT, SEPTEMBER, 2005

(September 30, 2005)

■ ANTHONY P. HOERNER et al., Respondents, v CHRYSLER FINANCIAL COMPANY, L.L.C., et al., Appellants, and MARY P. ROSSI, Respondent. (Appeal No. 1.) [801 NYS2d 223]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered March 24, 2004. The order, among other things, denied the motion of defendants Chrysler Financial Company, L.L.C., Douglas J. Jank and Jay B. Jank for an order granting judgment notwithstanding the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.

■ ANTHONY P. HOERNER et al., Respondents, v CHRYSLER FINANCIAL COMPANY, L.L.C., et al., Appellants, and MARY P. ROSSI, Respondent. (Appeal No. 2.) [801 NYS2d 223]—Appeal from a judgment of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered July 9, 2004. The judgment, upon a jury verdict, dismissed the complaint and the cross claim of defendants Chrysler Financial Company, L.L.C., Douglas J. Jank and Jay B. Jank against defendant Mary P. Rossi.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Hoerner v Chrysler Fin. Co.* ([appeal No. 3] 21 AD3d 1254 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.